JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> KINTETSU WORLD EXPRESS, INC.; BNSF RAILWAY COMPANY; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 17-cv-04691-JFW-JEM <br><br> [Assigned to the Honorable Judge John F. Walter] <br><br> **ORDER RE STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

Presently before the Court is the parties' stipulation of dismissal. Good cause appearing, the Court GRANTS the stipulation. The case is hereby DISMISSED, each party to bear its own costs and attorney's fees. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: November 1, 2017

Honorable John F. Walter
United States District Judge